1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5084                *E-FILED - 8/25/09*
7  Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov
8
9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,         )   No. CR 08-00607-RMW
                                     )
15              Plaintiff,           )   STIPULATION AND []
                                     )   ORDER CONTINUING SENTENCING
16         v.                        )   HEARING
                                     )
17 ANH THAT TON,                     )
                                     )
18              Defendant.           )
                                     )
19

20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21 hereby ordered, that the sentencing hearing for defendant Anh That Ton in the above-entitled

22 case, currently scheduled for Monday, August 24, 2009 at 9:00 a.m., be continued to Monday,

23 October 26, 2009 at 9:00 a.m.  U.S. Probation Officer Waseem Iqbal has been notified of the

24 new proposed hearing date and has no objection.

25 //

26 //

27 //

28 //

**STIP. AND ORDER CONTINUING SENTENCING HEARING**
**CR 08-00607-RMW**

1  It is so stipulated.

2  Dated:  8/17/2009                                  _____/s/_____
3                                                     JOHN N. GLANG
                                                      Assistant U.S. Attorney
4

5  Dated:  8/17/2009                                  _____/s/_____
                                                      MANUEL ARAUJO
6                                                     Attorney for Anh That Ton

7

8
                                    [] ORDER_____
9
     Based upon the stipulation of the parties, it is hereby ORDERED that the sentencing hearing
10
   for defendant Anh That Ton in the above-entitled case, currently scheduled for Monday, August
11
   24, 2009 at 9:00 a.m., be continued to Monday, October 26, 2009 at 9:00 a.m.
12

13  Dated:  __8/25/09_____            _____
14                                         RONALD M. WHYTE
                                           United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP. AND ORDER CONTINUING SENTENCING HEARING**
**CR 08-00607-RMW**                             2